UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHOCTAW RACING SERVICES, LLC                                        PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:07CV-237-S

KENTUCKY HORSEMEN'S BENEVOLENT AND
PROTECTIVE ASSOCIATION, INC.                                       DEFENDANT

## ORDER

Motion having been made and for the reasons set forth in the memorandum opinion entered

this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND**

**ADJUDGED** that:

1. The motion of the plaintiff, Choctaw Racing Services, LLC, to voluntarily dismiss
the action (DN 18) is **GRANTED**.

2. The motion of the defendant, Kentucky Horsemen's Benevolent and Protective
Association, Inc., for leave to file a counterclaim (DN 21) is **DENIED**.

3. The complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**